MEMORANDUM OPINION

 

No. 04-10-00258-CR

 

Edward Jesse CANTU,

Appellant

 

v.

 

The STATE of
Texas,

Appellee

 

From the County Court
at Law No. 7, Bexar County, Texas

Trial Court No. 286720

Honorable Monica
Guerrero, Judge Presiding

 

PER CURIAM

 

Sitting:            Karen
Angelini, Justice

                        Sandee
Bryan Marion, Justice

                        Phylis
J. Speedlin, Justice

 

Delivered and
Filed:  May 12, 2010

 

DISMISSED

 

Appellant
has filed a motion to dismiss this appeal. The motion is signed by both
Appellant and his attorney. See Tex.
R. App. P. 42.2(a). We, therefore, grant the motion and dismiss this
appeal. See id.

 

PER CURIAM

 

Do not publish